# Third District Court of Appeal
## State of Florida

Opinion filed October 26, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1732
Lower Tribunal No. 15-4449

————————

**Yochanon Klein, et al.,**
Appellants,

vs.

**HSBC Bank USA, National Association, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Jacobs Legal, PLLC, and Bruce Jacobs, for appellants.

McCalla Raymer Liebert Pierce, LLC, and Charles P. Gufford (Orlando), for appellee.

Before LOGUE, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.